UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-06334 BRO (MRWx) | Date | October 26, 2017 |
|---|---|---|---|
| Title | Abacuc Heras v. Patrician Apartments, et al | | |

Present: The Honorable **VIRGINIA A. PHILLIPS, CHIEF UNITED STATES DISTRICT COURT JUDGE**

| Renee A. Fisher | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** **(IN CHAMBERS)**

**ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION**

ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff(s) are ORDERED to show cause why this case should not be dismissed, for lack of prosecution. Link v. Wabash R. Co., 370 U.S. 626 (1962) (court has inherent power to dismiss for lack of prosecution on its own motion). In this matter:

Defendant(s) did not answer the complaint, yet Plaintiff(s) have failed to request entry of default, pursuant to Fed. R. Civ. P. 55(a). Plaintiff(s) can satisfy this order by seeking entry of default or by dismissing the complaint.

Plaintiffs must respond to this order within 20 days. Failure to respond to this OSC will be deemed consent to the dismissal of the action.

IT IS SO ORDERED.